IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
: 
In re:                                                          :    Chapter 11
                                                                :
NORTHWESTERN CORPORATION,                                       :
                                                                :    Case No. 03-12872 (JLP)
                        Debtor.                                 :
                                                                :
                                                                :
---------------------------------------------------------------- x

### NOTICE OF APPEAL

***PLEASE TAKE NOTICE*** that Magten Asset Management Corporation and Law Debenture Trust Company of New York, by and through their undersigned counsel, hereby appeal to the United States District Court for the District of Delaware from the Order Denying Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York (the *"Order"*), which was entered by United States Bankruptcy Judge John L. Peterson on March 10, 2005 [Docket No. 2911]. Copies of the Order appealed from, and the Memorandum Opinion Denying Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York, are attached hereto as Exhibits "A" and "B", respectively.

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| **Parties** | **Attorneys** | |
|---|---|---|
| Magten Asset Management Corporation | Mark J. Packel, Esq.<br>Elio Battista, Jr., Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone:   (302) 425-6400 | Bonnie Steingart, Esq.<br>Gary L. Kaplan, Esq.<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Telephone: (212) 859-8000 |
| Law Debenture Trust Company of New York | Kathleen M. Miller, Esq.<br>Smith, Katzenstein & Furlow, LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE  19899<br>Courier 19801<br>Telephone:   (302) 652-8400 | Amanda D. Darwin, Esq.<br>John V. Snellings, Esq.<br>Lee Harrington, Esq.<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA  02110<br>Telephone: (617) 345-1000 |
| NorthWestern Corporation | Scott D. Cousins, Esq.<br>William E. Chipman, Jr., Esq.<br>Greenberg Traurig, LLP<br>The Brandywine Building<br>1000 West Street, Suite 1540<br>Wilmington, DE 19801<br>Telephone:  (302) 661-7000 | Jesse H. Austin, III, Esq.<br>Karol K. Denniston, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, Suite 2400<br>Atlanta, GA 30308<br>Telephone:  (404) 815-2400 |
| The Plan Committee | Neil B. Glassman, Esq.<br>Charlene Davis, Esq.<br>Eric Sutty, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>Telephone: (302) 655-5000 | Alan W. Kornberg, Esq.<br>Margaret A. Phillips, Esq.<br>Ephraim I. Diamond, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000 |
| The Ad Hoc Committee of Class 7 Debtholders | Adam G. Landis, Esq.<br>Landis, Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400 | Philip Bentley, Esq.<br>Mathew J. Williams, Esq.<br>Kramer, Levin, Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 715 -9100 |

| | |
|---|---|
| Cornerstone Propane Operating LLC | Allan S. Brilliant, Esq.<br>Paul D. Malek, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>Telephone: (212) 530 - 5000 |

Dated: March 17, 2005

**BLANK ROME LLP**

*[signature]*

Mark J. Packel (DE No. 4048)
Elio Battista, Jr. (DE No. 3814)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 425-6400
Facsimile:   (302) 425-6464

- and -

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**

Bonnie Steingart
Gary L. Kaplan
One New York Plaza
New York, NY 10004
Telephone:   (212) 859-8000
Facsimile:   (212) 859-4000

Counsel for Magten Asset Management Corporation

- and -

**SMITH, KATZENSTEIN & FURLOW, LLP**

/s/ *Kathleen M. Miller*
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
Telephone:   (302) 652-8400
Facsimile:   (302) 652-8405

- and -

**NIXON PEABODY LLP**
Amanda D. Darwin, BBO No. 547654
John V. Snellings, BBO No. 548791
Lee Harrington, DE No. 4046
100 Summer Street
Boston, MA  02110
Telephone:     (617) 345-1000
Facsimile:      (617) 345-1300

Counsel for Law Debenture Trust Company of New York

491312

120087.01600/40151649v1