**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

Case Number: **03-12872**
Deputy Clerk Transferring Case: Lisa M. Ciconte (302) 252-2545
Case Type: Appeal **- AP-05-21**

**Order, Date Entered and Issues**
Memorandum Opinion Denying Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York. (related document(s)2832 ) Signed on 3/10/2005. **Docket #2910**

Order Denying Joint Motion to Approve Settlement Between NorthWestern Corporation, Magten Asset Management Corporation and Law Debenture Trust Company of New York. (Related Doc # 2832) Order Signed on 3/10/2005. **Docket #2911**

| | |
|---|---|
| **Debtor:** | NorthWestern Corporation |
| **Counsel:** | **William E. Chipman, Jr.** |
| | Greenberg Traurig, LLP |
| | 1000 West Street, Suite 1540 |
| | Wilmington, DE 19801 |
| **Telephone:** | (302) 661-7000 |

| | |
|---|---|
| **Appellant(s):** | Magten Asset Management Corp. |
| **Counsel:** | **Elio Battista, Jr.** |
| | Blank Rome LLP |
| | 1201 Market Street, Suite 800 |
| | Wilmington, DE 19801 |
| **Telephone:** | (302) 425-6400 |
| | **Designations Filed 3/28/05. See docket #2943** |

| | |
|---|---|
| **Appellant(s):** | Law Debenture Trust Company of New York |
| **Counsel:** | **Kathleen M. Miller** |
| | Smith, Katzenstein & Furlow, LLP |
| | 800 Delaware Avenue, 7th Floor |
| | Wilmington, DE 19801 |
| **Telephone:** | (302) 652-8400 |
| | **Designations Filed 3/28/05. See docket #2943** |

| | |
|---|---|
| **Appellee:** | NorthWestern Corporation |
| **Counsel:** | **William E. Chipman, Jr.** |
| | Greenberg Traurig, LLP |
| | 1000 West Street, Suite 1540 |

|  |  |
|---|---|
|  | Wilmington, DE 19801 |
| **Telephone:** | (302) 661-7000 |
|  | **Designations Filed 4/7/05. See docket #2973** |

| | |
|---|---|
| **Appellee:** | The Plan Committee |
| **Counsel:** | **Eric Sutty** |
|  | The Bayard Firm |
|  | 222 Delaware Avenue, Suite 900 |
|  | Wilmington, DE 19899 |
| **Telephone:** | (302) 655-5000 |
|  | **Designations Filed 4/7/05. See docket #2969** |

| | |
|---|---|
| **Appellee:** | The Ad Hoc Committee of Class 7 Debtholders |
| **Counsel:** | **Adam G. Landis** |
|  | Landis, Rath & Cobb, LLP |
|  | 919 Market Street, Suite 600 |
|  | Wilmington, DE 19801 |
| **Telephone:** | (302) 467-4400 |
|  | **Joinder to Plan Committee's Designations Filed 4/7/05. See docket #2970** |