# EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | |
| | ) | Case No. 03-12872 (CGC) |
| NORTHWESTERN CORPORATION, | ) | |
| | ) | |
| Debtor. | ) | Re: Dkt. No. _____ |
| | ) | |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO COMMENCE
## ADVERSARY PROCEEDING SEEKING TO AVOID FRAUDULENT TRANSFER

**UPON** the motion (the *"Motion"*) of Magten Asset Management Corp. (*"Magten"*) for

an order granting relief from the automatic stay to commence an adversary proceeding against

NorthWestern Corporation (the *"Debtor"*) seeking to avoid an alleged fraudulent transfer; and

the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334 and that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court

having reviewed the Motion and all responses and objections to the Motion; and having heard

the statements of counsel regarding the relief requested in the Motion at a hearing with respect to

the Motion; and the Court, after due deliberation, has determined that that sufficient cause exists

to grant relief from the automatic stay, it is hereby

**ORDERED,** that the Motion[1] is **GRANTED,** as modified herein, and all objections to

the Motion are overruled; and it is further

---

[1]    Any capitalized term used herein but not otherwise defined shall have the meaning ascribed to such term in
the Motion.

**ORDERED**, that the automatic stay is lifted to permit Magten and Law Debenture Trust Company of New York to file and prosecute an adversary proceeding seeking to avoid the alleged fraudulent transfer of assets from Clark Fork and Blackfoot, LLC to the Debtor; and it is further

**ORDERED**, that Magten shall file with the Court its complaint initiating the adversary proceeding within ten (10) days of entry of this order; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.


Dated: April _____, 2004
      Wilmington, Delaware            _____
                                       THE HONORABLE CHARLES G. CASE, II
                                       United States Bankruptcy Judge