IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : Case No. 03-12872 (CGC) |
| Debtor. | : Ref. Docket Nos. 913, 915, 1039 |

**ORDER DENYING MOTION OF MAGTEN ASSET MANAGEMENT CORPORATION FOR AN ORDER EXTENDING TIME FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND PARTIES IN INTEREST TO INVESTIGATE AND OBJECT TO THE LIENS AND CLAIMS OF CREDIT SUISSE FIRST BOSTON**

**UPON** the Motion (the "Motion") of Magten Asset Management Corporation ("Magten") for an Order Extending Time for the Official Committee of Unsecured Creditors (the "Committee") and Parties in Interest to Investigate and Object to the Liens and Claims of Credit Suisse First Boston ("CSFB") and the Committee's Response to Magten's Request for an Order Extending Time to Investigate Liens and Claims of Credit Suisse First Boston (the "Committee Response"); and the Court having reviewed the Motion, the Committee Response and all objections to the Motion; and having heard the statements of counsel regarding the relief requested in the Motion and the Committee Response at a hearing with respect to the Motion; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due notice of the Motion having been given under the circumstances; and it appearing that no other or further notice of the Motion is necessary or required; and the Debtor and CSFB having filed their objections to the Motion; and after due deliberation and sufficient cause appearing therefore, it is hereby

ATL/1026369.1

**ORDERED**, that the relief requested in the Motion[1] is **DENIED**; and it is further

**ORDERED**, that the relief requested in the Committee Response is **DENIED**; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order; and it is further

**ORDERED**, that this order shall be entered *nunc pro tunc* as of April 8, 2004.

Dated: Wilmington, Delaware
~~April~~ May 10, 2004

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] Any capitalized term used herein but not otherwise defined shall have the meaning ascribed to such term in the Motion.