# EXHIBIT I

## DEBTOR'S PROJECTED BALANCE SHEET AS OF SEPTEMBER 30, 2004

($ 000's)

**NORTHWESTERN CORPORATION**
**PRO FORMA PROJECTED BALANCE SHEET (UNAUDITED)**[a]

|  | Estimated Pre-Reorganization Balance Sheet | Reorganization Adjustments | | Pro Forma Reorganized Balance Sheet |
|---|---|---|---|---|
|  |  | Recapitalization Adj. | "Fresh Start" Adj. |  |
| **ASSETS:** |  |  |  |  |
| Current Assets: |  |  |  |  |
| Cash and Cash Equivalents | $80,939 | ($26,438) [b] | - | $54,501 |
| Restricted Cash | 20,100 | - | - | 20,100 |
| Accounts Receivable, Net | 79,477 | - | - | 79,477 |
| Inventory | 36,807 | - | - | 36,807 |
| Other Current Assets | 61,942 | - | - | 61,942 |
| **Total Current Assets** | **279,265** | **(26,438)** | **-** | **252,827** |
| Noncurrent Assets: |  |  |  |  |
| Property, Plant and Equipment, Net | 1,401,231 | - | - | 1,401,231 |
| Goodwill and Other Intangible Assets, Net | 375,798 | - | 78,371 [j] | 454,169 |
| Discontinued Operations | 75,920 | - | - | 75,920 |
| Other Investments | 10,762 | - | - | 10,762 |
| Other Non-current Assets | 212,201 | - | 44,203 [k] | 256,404 |
| Deferred Financing Fees | 44,666 | (22,818) [c] | - | 21,848 |
| Total Noncurrent Assets | 2,120,577 | (22,818) | 122,574 | 2,220,333 |
| **Total Assets** | **$2,399,842** | **($49,255)** | **$122,574** | **$2,473,161** |
| **LIABILITIES & SHAREHOLDER'S EQUITY:** |  |  |  |  |
| Accounts Payable | 47,794 | (5,000) [d] | - | 42,794 |
| Accrued Liabilities | 140,123 | - | - | 140,123 |
| Accrued Interest on Secured Debt | 14,874 | - | - | 14,874 |
| **Total Current Liabilities** | **202,791** | **(5,000)** | **-** | **197,791** |
| Secured Long-Term Debt | 898,974 | - | - | 898,974 |
| Capital Leases and Other Debt | 9,613 | - | - | 9,613 |
| New Unsecured Debt | - | - | - | - |
| Other Liabilities | 580,332 | (13,247) [e] | 27,900 [l] | 594,985 |
| Deferred Tax Liability, Net | 10,536 | - | 41,261 [m] | 51,797 |
| Liabilities Subject to Compromise: |  |  |  |  |
| Unsecured Long-Term Debt | 865,000 | (865,000) [f] | - | - |
| Trust Preferred Securities | 365,550 | (365,550) [f] | - | - |
| Accrued Interest on Unsecured Debt | 32,987 | (32,987) [f] | - | - |
| Accrued Dividends | 13,607 | (13,607) [f] | - | - |
| Sub-total | 1,277,144 | (1,277,144) | - | - |
| **Total Liabilities** | **2,979,390** | **(1,295,391)** | **69,161** | **1,753,161** |
| Stockholders' Equity: |  |  |  |  |
| Common Stock/APIC | 367,396 | 720,000 [g] | (367,396) [n] | 720,000 |
| Retained Earnings | (940,871) | 529,984 [h] | 410,887 [n] | - |
| Accumulated Other Compreh. Income | (6,072) | (3,849) [i] | 9,921 [o] | - |
| Total Stockholders Equity | (579,547) | 1,246,135 | 53,412 | 720,000 |
| **Total Liabilities & Stockholders' Equity** | **$2,399,842** | **($49,255)** | **$122,573** | **$2,473,161** |

ATL/1032808.2
05/12/04

## NOTES TO PRO FORMA BALANCE SHEET

a. The pro forma balance sheet adjustments contained herein account for the reorganization and related transactions pursuant to the Plan using the principles of "fresh start" accounting as required by the Statement of Position 90-7 ("SOP 90-7"), *Financial Reporting by Entities in Reorganization Under the Bankruptcy Code*, issued by the American Institute of Certified Public Accountants (the "AICPA"). The fresh start adjustments are based on an estimated Reorganized Debtor Equity Value of $710 million. The estimated Reorganized Debtor Equity Value may change depending on the amount of Distributable Cash available. Please note that although management has followed the principles of "fresh start" accounting, the actual adjustments will be determined at a later date and may be materially different than those presented herein upon completion of the required asset appraisals and review by the Debtor's auditors.

b. Reflects the anticipated uses of cash pursuant to the Plan, including: (i) $25 million to satisfy Administrative Priority, Unsecured Priority and Convenience Class Claims and (ii) an assumed $1.4 million in financing costs associated with a new revolving credit facility.

c. Reflects the write-off of $24.2 million of unamortized deferred financing costs related to extinguished unsecured notes. Includes new deferred financing fees of $1.4 million related to the contemplated new revolving credit facility.

d. Reflects $5.0 million in cash paid out to settle Convenience Claims.

e. Represents the recognition of a deferred gain on a previously terminated fair value hedge of $13.2 million resulting from the extinguishment of related unsecured notes as contemplated in the Plan.

f. Reflects the extinguishment of unsecured notes and related accrued interest, unsecured subordinated notes and related accrued dividends pursuant to the Plan.

g. Reflects issuance of New Common Stock as proposed under the Plan.

h. Reflects: (i) estimated cancellation of debt ("COD") income of $567.1 million; (ii) recognition of a deferred gain on a previously terminated fair value interest rate hedge of $13.2 million; (iii) the recognition of a $3.8 million deferred gain on a previously terminated cash flow hedge agreement related to an interest rate swap; (iv) write-off of deferred financing costs of $24.2 million; and (v) $20.0 million of estimated normal course bankruptcy related professional fees and expenses and Priority Claims.

i. Reflects a debit of $3.8 million to reflect the recognition of a deferred gain on a previously terminated cash flow hedge agreement related to an interest rate swap.

j. Reflects the excess reorganization value pursuant to the valuation under the Plan and in accordance with "fresh start" accounting. Absent current information regarding asset appraisals, management has applied the entire excess reorganization value adjustment to goodwill.

k. Increase in regulatory assets of $44.2 million in connection with the valuation adjustment for the Debtor's pension plans.

l. Represents an adjustment of $27.9 million to reflect the fair value of the Debtor's pension liability.

m. Adjusts for the estimated net deferred tax position for the Reorganized Debtor upon emergence.

n. Reflects the adjustments to shareholders' equity based on the Reorganized Debtor's estimated Equity Value of $710 million in accordance with "fresh start" accounting.

o. Reflects: (i) a credit of $16.3 million to reflect the fair value of the Debtor's FAS 87 pension liability; and (ii) the adjustment to shareholders' equity based on the Reorganized Debtor's Equity Value of $710 million.