IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| NORTHWESTERN CORPORATION, : | Case No. 03-12872 (CGC) |
| Debtor. : | |

### NOTICE OF DESIGNATION OF POTENTIAL WITNESSES TO BE CALLED WITH RESPECT TO THE CONFIRMATION HEARING

    PLEASE TAKE NOTICE that on May 25, 2004, NorthWestern Corporation (the "Debtor") filed its First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization (Dkt. No. 1352) (the "Disclosure Statement").

    PLEASE TAKE FURTHER NOTICE that on May 26, 2004, the Court entered an Order (I) Approving the Debtor's First Amended Disclosure Statement, (II) Authorizing Solicitation of Votes, (III) Scheduling a Hearing on Confirmation of the Joint Plan of Reorganization, (IV) Establishing Notice Requirements Regarding the Confirmation Hearing and Approving the Form and Manner of Notice and (V) Granting Related Relief Respecting the Debtor's First Amended Plan of Reorganization (Dkt. No. 1373) (the "Disclosure Statement Order") which scheduled the Confirmation Hearing (hereinafter, as defined in the Disclosure Statement) for August 25, 2004.

    PLEASE TAKE FURTHER NOTICE that on July 13, 2004, the Court entered its Scheduling Order for Confirmation Hearing (the "Scheduling Order").

    PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 5 of the Scheduling Order, all parties-in-interest shall file and serve by no later than August 13, 2004 a list of witnesses anticipated to be called with respect to the Confirmation Hearing.

    PLEASE TAKE FURTHER NOTICE that attached hereto as <u>Exhibit A</u> is a list of potential witnesses anticipated to be called with respect to the Confirmation Hearing.

    PLEASE TAKE FURTHER NOTICE that the Debtor reserves all rights to examine or cross-examine, as may be appropriate, any and all witnesses called by any other parties participating in the Confirmation Hearing.

[SIGNATURE ON NEXT PAGE]

ATL /1052928.3

Dated: Wilmington, Delaware
       August 13, 2004

                Respectfully submitted,

                PAUL, HASTINGS, JANOFSKY & WALKER LLP
                600 Peachtree Street
                Suite 2400
                Atlanta, GA 30308
                Jesse H. Austin, III
                Karol K. Denniston
                Telephone: (404) 815-2400

                and

                GREENBERG TRAURIG, LLP.

                _____
                Scott D. Cousins (No. 3079)
                Victoria Watson Counihan (No. 3488)
                William E. Chipman, Jr. (No. 3818)
                The Brandywine Building
                1000 West Street, Suite 1540
                Wilmington, DE 19801
                Telephone: (302) 661-7000

                *Co-Counsel for the Debtor and*
                *Debtor-in-Possession*

# EXHIBIT A

## WITNESSES EXPECTED TO BE PRESENT AND TO BE CALLED TO TESTIFY:

| NAME | ADDRESS | TELEPHONE |
|---|---|---|
| William Austin | NorthWestern Corporation<br>125 S. Dakota Avenue<br>Sioux Falls, SD 57104-6403 | (605) 978-2943 |
| Brian Bird | NorthWestern Corporation<br>125 S. Dakota Avenue<br>Sioux Falls, SD 57104-6403 | (605) 978-2909 |
| Michael Hanson | NorthWestern Corporation<br>125 S. Dakota Avenue<br>Sioux Falls, SD 57104-6403 | (605) 978-2903 |
| Andrew Yearley | Lazard Freres & Co. LLC<br>30 Rockefeller Plaza<br>New York, NY 10020 | (212) 632-1430 |

## WITNESSES EXPECTED TO BE PRESENT WHO MAY BE CALLED TO TESTIFY:

| Michael Nieman | NorthWestern Corporation<br>125 S. Dakota Avenue<br>Sioux Falls, SD 57104-6403 | (605) 978-2969 |
|---|---|---|
| Kendall Kliewer | NorthWestern Corporation<br>125 S. Dakota Avenue<br>Sioux Falls, SD 57104-6403 | (605) 978-2806 |
| Steven Hall | Pearl Meyer & Partners<br>445 Park Avenue<br>New York, NY 10022 | (212) 644-2300 |

ATL/1052928.3