IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | (Chapter 11) |
| | § | |
| NORTHWESTERN CORPORATION, | § | Case No. 03-12872 (CGC) |
| | § | |
| DEBTOR. | § | Related to Docket No. 1390 |

**NOTICE OF WITHDRAWAL OF HARBERT MANAGEMENT CORPORATION'S OBJECTION TO DEBTOR'S MOTION FOR ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING MEMORANDUM OF UNDERSTANDING**

PLEASE TAKE NOTICE that in accordance with the Term Sheet for Second Amended Plan of Reorganization, signed on August 20, 2004 (the "Term Sheet"), Harbert Management Corporation hereby withdraws its Objection to Debtor's Motion for Order Pursuant to Bankruptcy Rule 9019 Approving Memorandum of Understanding (Docket No. 1390). Pursuant to the Term Sheet, this withdrawal is without prejudice but shall be deemed with prejudice upon the Effective Date of the Second Amended Plan of Reorganization.

Dated:  August 24, 2004          CONNOLLY BOVE LODGE & HUTZ LLP


          **/s/ Christina M. Thompson**
          Jeffrey C. Wisler (#2795)
          Christina M. Thompson (#3976)
          1007 North Orange Street
          P. O. Box 2207
          Wilmington, Delaware  19899
          Telephone:  (302) 658-9141

                    and

          James Donnell, Texas Bar No. 05981300
          Jennifer M. Gore, Texas Bar No. 00796655
          Andrews Kurth LLP
          600 Travis, Suite 4200
          Houston, Texas 77002
          Telephone: (713) 220-4200

          Counsel for Harbert Management Corporation

352213-1