IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | (Chapter 11) |
| | § | |
| NORTHWESTERN CORPORATION, | § | Case No. 03-12872 (CGC) |
| | § | |
| DEBTOR. | § | Related to Docket No. 1640 |

**NOTICE OF WITHDRAWAL OF THE MOTION TO DISALLOW
AND OBJECTION TO CLAIMS OF HSBC BANK USA, AS INDENTURE
TRUSTEE, AND OAKTREE CAPITAL MANAGEMENT, LLC BASED ON
VIOLATIONS OF THE PUBLIC UTILITY HOLDING COMPANY ACT OF 1935**

PLEASE TAKE NOTICE that in accordance with the Term Sheet for Second Amended Plan of Reorganization, signed on August 20, 2004 (the "Term Sheet"), Harbert Management Corporation and Wilmington Trust Company, as indenture trustee under that certain subordinated debt securities indenture dated as of August 1, 1995 (as subsequently amended and supplemented from time to time), hereby withdraw the Motion to Disallow and Objection to Claims of HSBC Bank USA, as Indenture Trustee, and Oaktree Capital Management, LLC Based on Violations of the Public Utility Holding Company Act of 1935 (Docket No. 1640). Pursuant to the Term Sheet, this withdrawal is without prejudice, but shall be deemed with prejudice upon the Effective Date of the Second Amended Plan of Reorganization.

[Signature Page Follows]

352231-1

| | |
|---|---|
| Dated: August 24, 2004 | **CONNOLLY BOVE LODGE & HUTZ LLP** |
| | |
| | **/s/ Christina M. Thompson** |
| | Jeffrey C. Wisler (#2795) |
| | Christina M. Thompson (#3976) |
| | 1007 North Orange Street |
| | P. O. Box 2207 |
| | Wilmington, Delaware  19899 |
| | Telephone:  (302) 658-9141 |
| | |
| | and |
| | |
| | James Donnell, Texas Bar No. 05981300 |
| | Jennifer M. Gore, Texas Bar No. 00796655 |
| | Andrews Kurth LLP |
| | 600 Travis, Suite 4200 |
| | Houston, Texas 77002 |
| | Telephone: (713) 220-4200 |
| | |
| | COUNSEL FOR HARBERT MANAGEMENT CORPORATION AND SPECIAL COUNSEL FOR WILMINGTON TRUST, INDENTURE TRUSTEE |

352231-1