IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | (Chapter 11) |
| | § | |
| NORTHWESTERN CORPORATION, | § | Case No. 03-12872 (CGC) |
| | § | |
| DEBTOR. | § | Related to Docket No. 1790 |

### NOTICE OF WITHDRAWAL OF THE OBJECTION BY HARBERT MANAGEMENT CORPORATION TO CONFIRMATION OF THE DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that in accordance with the Term Sheet for Second Amended Plan of Reorganization, signed on August 20, 2004 (the "Term Sheet"), Harbert Management Corporation hereby withdraws the Objection by Harbert Management Corporation to Confirmation of the Debtor's First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 1790). Pursuant to the Term Sheet, this withdrawal is without prejudice, but shall be deemed with prejudice upon the Effective Date of the Second Amended Plan of Reorganization.

Dated: August 24, 2004

CONNOLLY BOVE LODGE & HUTZ LLP

**/s/ Christina M. Thompson**
Jeffrey C. Wisler (#2795)
Christina M. Thompson (#3976)
1007 North Orange Street
P. O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 658-9141

and

James Donnell, Texas Bar No. 05981300
Jennifer M. Gore, Texas Bar No. 00796655
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200

#352220

Counsel for Harbert Management Corporation

HOU:2346317.1