IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | (Chapter 11) |
| | § | |
| NORTHWESTERN CORPORATION, | § | Case No. 03-12872 (CGC) |
| | § | |
| DEBTOR. | § | Re: Docket No. 1789 |

**NOTICE OF WITHDRAWAL OF THE OBJECTION OF INDENTURE TRUSTEE TO CONFIRMATION OF THE DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE (DOCKET NO. 1789)**

PLEASE TAKE NOTICE that in accordance with the Term Sheet for Second Amended Plan of Reorganization, signed on August 20, 2004 (the "Term Sheet"), Wilmington Trust Company as Indenture Trustee hereby withdraws the Objection Of Indenture Trustee to Confirmation of the Debtor's First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 1789). Pursuant to the Term Sheet, this withdrawal is without prejudice, but shall be deemed with prejudice upon the Effective Date of the Second Amended Plan of Reorganization.

Dated: August 25, 2004

                                            **RICHARDS LAYTON & FINGER, PA**

                                            By: _/s/ Kimberly D. Newmarch_
                                            Stephen E. Hermann (DE 691)
                                            Kimberly D. Newmarch (DE 4340)
                                            One Rodney Square
                                            PO Box 551
                                            Wilmington, Delaware 19899
                                            (302) 651-7700

                                            and

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            Thomas Moers Mayer
                                            Philip Bentley
                                            Matthew J. Williams
                                            919 Third Avenue
                                            New York, NY 10022
                                            (212) 715-9100
                                            Attorneys for Wilmington Trust Company as Indenture Trustee

## CERTIFICATE OF SERVICE

I, Kimberly D. Newmarch, hereby certify that on August 25, 2004, I caused copies of the **Notice of Withdrawal of the Objection of Indenture Trustee to Confirmation of Debtor's First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 1789)** to be served upon the parties on the attached service list and in the manner indicated:

_____
Kimberly D. Newmarch (DE 4340)

RLF1-2769964-1

In re: Northwestern Corporaiton
Case No.: 03-12872 (CGC)
Service List

**Via Hand Delivery**

Scott D. Cousins, Esq.
William E. Chipman, Jr., Esq.
Greenberg Traurig, LLP
1000 West Street, Suite 1540
Wilmington, DE 19801

Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P. O. Box 25130
Wilmington, DE 19899

Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Via First Class Mail**

Jesse H. Austin, III, Esq.
Karol K. Denniston, Esq.
Paul Hastings Janofsky & Walker LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA 30308
Email: jesseaustin@paulhastings.com
          karoldenniston@paulhastings.com

Alan W. Kornberg, Esq.
Ephraim Diamond, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Email: akornberg@paulweiss.com
          ediamond@paulweiss.com

Timothy R. Pohl, Esq.
Samuel Ory, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606
Email: tpohl@skadden.com
          sory@skadden.com

Mark B. Joachim, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Email: mjoachim@mofo.com

RLF1-2736449-1