IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 03-12872 (CGC) |
| | ) | |
| MAGTEN ASSET MANAGEMENT CORPORATION & LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | Adversary Proceeding Case No. 04-53324 (CGC) |
| v. | ) ) | |
| NORTHWESTERN CORPORATION, | ) ) | |
| Defendant. | ) ) | |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NORTHWESTERN CORPORATION IN DEBTOR'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT OF MAGTEN ASSET MANAGEMENT CORPORATION AND LAW DEBENTURE TRUST COMPANY OF NEW YORK**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 case of NorthWestern Corporation, by and through its undersigned counsel, hereby joins in the Debtor's Reply In Further Support of Its Motion To Dismiss The Complaint of Magten Asset Management Corporation and Law Debenture Trust Company of New York For Failure To State A Claim Upon Which Relief Can Be Granted.

WHEREFORE, the Committee respectfully requests that this Court dismiss the Complaint and grant such other relief as may be just and proper.

Dated: July 9, 2004

                      THE BAYARD FIRM

                      /s/ Eric M. Sutty
                      Neil Glassman (#2087)
                      Charlene D. Davis (#2336)
                      Eric M. Sutty (#4007)
                      222 Delaware Avenue, Suite 900
                      P.O. Box 25130
                      Wilmington, Delaware 19899
                      (302) 650-5000

                      - and -

                      PAUL, WEISS, RIFKIND, WHARTON
                        & GARRISON LLP
                      Alan W. Kornberg
                      Ephraim I. Diamond
                      Talia Gil
                      1285 Avenue of the Americas
                      New York, New York 10019
                      (212) 373-3000

                      Attorneys for the Official Committee
                      of Unsecured Creditors