UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| NORTHWESTERN CORPORATION, | ) | |
| | ) | Case No. 03-12872 (JLP) |
| Debtor. | ) | |
| | ) | |
| MAGTEN ASSET MANAGEMENT CORPORATION AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) ) ) ) | |
| Plaintiffs, | ) | Adv. Proc. No. 04-53324 (JLP) |
| v. | ) | |
| NORTHWESTERN CORPORATION, | ) | |
| Defendant. | ) | |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | |
| Plaintiff, | ) | Adv. Proc. No. 04-55051 (JLP) |
| v. | ) | |
| MAGTEN ASSET MANAGEMENT CORPORATION, and TALTON R. EMBRY, | ) ) ) | |
| Defendant. | ) | |

**SCHEDULING ORDER**

A scheduling conference having been held on November 2, 2004,

It is ordered:

1. All responsive pleadings shall be filed by November 19, 2004, or at a date set by the

court in its ruling on defendant's motion to dismiss, if denied, in cause No. 04-53324.

2. All discovery shall be concluded by January 21, 2005.

3. A final Pre-Trial Order in conformity with Local Rule 7016-1(d) shall be filed by February 2, 2005.

4. A final Pre-Trial Conference shall be held on February 7, 2005, at 1:00 P.M. in the Fifth Floor Courtroom, U.S. Bankruptcy Court, 824 Market Street, Wilmington, Delaware.

5. Trial of the above-causes, together with any objections to proofs of claims, shall be held beginning February 7, 2005, at 1:15 P.M., Fifth Floor Courtroom, U.S. Bankruptcy Court, 824 Market Street, Wilmington, Delaware, and continue from day to day until concluded.

Dated: November 3, 2004

Honorable John L. Peterson
United States Bankruptcy Judge