IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| NORTHWESTERN CORPORATION, : | Case No. 03-12872 (JLP) |
| Debtor. : | |
| NORTHWESTERN CORPORATION, : | |
| Plaintiff, : | |
| v. : | |
| MAGTEN ASSET MANAGEMENT : | Adv. No. 04-55051 (JLP) |
| CORPORATION, and TALTON R. EMBRY, : | |
| Defendants. : | |

a

**NOTICE OF SERVICE OF DISCOVERY**

I, William E. Chipman, Jr., being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the Debtor, and that on November 23, 2004, I caused to be served copies of the *Northwestern Corporation's First Set Of Interrogatories To Magten Asset Management Corporation* and *Northwestern Corporation's First Set Of Requests For Production To Magten Asset Management Corporation* to be served upon the following in the manner indicated:

VIA HAND DELIVERY
William Burnett, Esq.
Elio Battista, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington DE 19801

VIA FIRST CLASS MAIL
Bonnie Steingart, Esq.
Gary Kaplan, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York NY 10004

\\ATL-SRV02\367879v01

VIA HAND DELIVERY
Kathleen M. Miller, Esq.
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 198014

VIA FIRST CLASS MAIL
John V. Snellings, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

| | |
|---|---|
| Date: November 23, 2004 | GREENBERG TRAURIG, LLP<br><br>*/s/*<br>William E. Chipman, Jr. (No. 3818)<br>The Brandywine Building<br>1000 West Street, Suite 1540<br>Wilmington, DE 19801<br>Telephone: (302) 661-7000<br><br>Counsel for Debtor and Debtor-in-Possession |