IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (JLP) |
| | ) | |
| Debtor. | ) | Re: Docket Nos. 2919 and 2943 |
| | ) | |

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND REFORMULATION OF STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL OF MAGTEN ASSET MANAGEMENT CORPORATION AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS TRUSTEE**

The Plan Committee appointed in the above-captioned chapter 11 case of NorthWestern Corporation ("NOR") pursuant to Section 7.9 of NorthWestern's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, by and through its undersigned counsel, in connection with the appeal of Magten Asset Management Corporation ("Magten") and Law Debenture Trust Company ("Law Debenture") from the Order Denying Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York, files this Designation of Additional Items to be Included in the Record on Appeal and Reformulation of the Statement of the Issues to be Presented to the United States District Court of Delaware.

**DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

| No. | Case No./ Docket No. | Item Description |
|---|---|---|
| 1 | 03-12872/ # 118 | Notice of Appointment of Official Committee of Unsecured Creditors |
| 2 | 03-12872/ # 197 | Order Establishing Deadlines for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof |

583047v1

| 3 | 03-12872/ # 257 | Motion of Official Committee of Unsecured Creditors for Entry of an Order Permitting Securities Trading Upon Establishment of an Ethical Wall (and all Exhibits thereto) |
|---|---|---|
| 4 | 03-12872/ # 406 | Affidavits of Angelo Kurtzman Attesting to Notice of Bar Date Given to Creditors |
| 5 | 03-12872/ # 449 | Third Amended Notice of Appointment of Official Committee of Unsecured Creditors |
| 6 | 03-12872/ # 634-641 | Affidavits of Publication of notice of bar date |
| 7 | 03-12872/ # 1223 | Fifth Amended Notice of Appointment of Official Committee of Unsecured Creditors |
| 8 | 03-12872/ # 1261 | Order Denying Motion of Magten Asset Management Corporation for an Order Extending Time for the Official Committee of Unsecured Creditors and Parties in Interest to Investigate and Object to the Liens and Claims of Credit Suisse First Boston |
| 9 | 03-12872/ # 2081 | Appellee, Paul, Hastings, Designation of Additional Documents for the Record and Objection to Statement of Issues on Appeal |
| 10 | 03-12872/ # 2109 | Order Authorizing the Debtor to Enter Into Certain Agreements Related to Exit Financing Facility and to Pay Fees in Connection Therewith |
| 11 | 03-12872/ # 2966 | Order Removing Exhibits "R" & "S" To The Kaplan Declaration From The Court's Docket |
| 12 | 04-53324/ # 7 | Motion of the Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding |
| 13 | 04-53324/ # 12 | Reply to Limited Objection of Magten Asset Management Corporation to Motion of the Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding |
| 14 | 04-53324/ # 13 | Notice of Completion of Briefing Filed by Official Committee of Unsecured Creditors |
| 15 | 04-53324/ # 14 | Order Allowing The Official Committee of Unsecured Creditors to Intervene in an Adversary Proceeding |
| 16 | 04-53324/ # 17 | Joinder of the Official Committee of Unsecured Creditors in Debtor's Motion to Dismiss the Complaint of Magten Asset Management Corporation and Law Debenture |
| 17 | 04-53324/ # 21 | Joinder of the Official Committee of Unsecured Creditors of NorthWestern Corporation in Debtor's Reply in Further Support of Its Motion to Dismiss the Complaint of Magten Asset Management Corporation and Law Debenture Trust Company of New York |
| 18 | 04-53324/ # 23 | Order Reassigning Adversary Proceeding to the Honorable Charles G. Case, II |
| 19 | 04-55051/ # 95 | Order Reassigning Adversary Proceeding to the Honorable John L. Peterson |

| 20 | District Court 04-1389/ # 16 | Order of the District Court Denying Magten's Motion for a Stay Pending Appeal of the Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization |

## REFORMULATION OF STATEMENT OF ISSUES TO BE PRESENTED

1.   Whether the Bankruptcy Court abused its discretion in denying approval of a proposed settlement agreement that would violate the terms of NOR's substantially consummated Second Amended and Restated Plan of Reorganization.

Dated: April 7, 2005

THE BAYARD FIRM

By: _____
Neil B. Glassman (No. 2087)
Charlene Davis (No. 2336)
Eric M. Sutty (No. 4007)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000

-and-

PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
Alan W. Kornberg
Margaret A. Phillips
Ephraim I. Diamond
1285 Avenue of the Americas
New York, New York 10019
Telephone No.: (212) 373-3000
Facsimile No.: (212) 757-3990

Attorneys for the Plan Committee