UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Northwestern Corporation | : | Case No. 03-12872 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| -------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. OCM Opportunities Fund IV, L.P. c/o Oaktree Capital Management, LLC, Attn: Ken Liang/Gloria Noh Cannon, 333 South Grand Avenue, 28th Floor, Los Angeles, CA 90071, Phone: (213) 830-6420, Fax: (213) 830-8585;

2. Franklin Templeton Mutual Series Fund c/o Franklin Mutual Advisers, LLC, Attn: Eric Yip, 51 JFK Parkway, Short Hills, NJ 07078, Phone: (973) 912-2043, Fax: (973) 921-8673;

3. The Bank of New York, Trustee, Attn: Irene Siegel, 101 Barclay Street 8W, New York, NY 10268, Phone: (212) 815-5081, Fax: (212) 815-5131;

4. Wilmington Trust Company as Trustee, Attn: Sandra Ortiz, 1100 N. Market Street, Wilmington, DE 19801, Phone: (302) 651-1000, Fax:(302) 636-4148;

5. HSBC Bank USA, as Indenture Trustee, Attn: Robert A. Conrad, 10 East 40th Street, New York, NY 10016-0200, Phone: (212) 525-1314, Fax: (212) 525-1300;

6. Rocky Mountain Contractors, Inc., Attn: David R. Williams, P.O. Box 8688, Kalispell, MT 59901, Phone: (406) 752-4277, Fax: (406) 752-4278;

7. Avenue Capital Management, Attn: John Barrett, 535 Madison Avenue, New York, NY 10022, Phone: (212) 878-350, Fax: (212) 878-356; and

8. AG Capital Recovery Partners III, L.P. c/o Angelo Gordon & Co., Attn: Thomas M. Fuller, 245 Park Avenue, New York, NY 10167, Phone: (212) 692-2285, Fax: (212) 867-6395.

                                      ROBERTA A. DeANGELIS
                                      ACTING UNITED STATES TRUSTEE


                                      /s/ Mark S. Kenney for
                                      FRANK J. PERCH, III
                                      ASSISTANT UNITED STATES TRUSTEE

DATED: October 1, 2003

Attorney assigned to this Case: Mark S. Kenney, Esquire, and David M. Klauder Phone: (302) 573-6491, Fax: (302) 573-6497

Debtors' Counsel: Scott Cousins, Esq., Phone: (3020 661-7373, Fax: (302) 661-7360