**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| NorthWestern Corporation | : | Case No. 03-12872 (PJW) |
| | : | |
| | : | ***THIRD AMENDED*** NOTICE OF |
| Debtor. | : | APPOINTMENT OF COMMITTEE |
| --------------------------------- | : | OF UNSECURED CREDITORS |
| | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. OCM Opportunities Fund IV, L.P. c/o Oaktree Capital Management, LLC, Attn: Ken Liang/Gloria Noh Cannon, 333 South Grand Avenue, 28th Floor, Los Angeles, CA 90071, Phone: (213) 830-6420, Fax: (213) 830-8585;

2. Franklin Templeton Mutual Series Fund c/o Franklin Mutual Advisers, LLC, Attn: Eric Yip, 51 JFK Parkway, Short Hills, NJ 07078, Phone: (973) 912-2043, Fax: (973) 921-8673;

3. The Bank of New York, Trustee, Attn: Irene Siegel, 101 Barclay Street 8W, New York, NY 10268, Phone: (212) 815-5081, Fax: (212) 815-5131;

4. Wilmington Trust Company as Trustee, Attn: Sandra Ortiz, 1100 N. Market Street, Wilmington, DE 19801, Phone: (302) 651-1000, Fax:(302) 636-4148;

5. HSBC Bank USA, as Indenture Trustee, Attn: Robert A. Conrad, 10 East 40th Street, New York, NY 10016-0200, Phone: (212) 525-1314, Fax: (212) 525-1300;

6. Avenue Capital Management, Attn: John Barrett, 535 Madison Avenue, New York, NY 10022, Phone: (212) 878-3501, Fax: (212) 878-3559;

7. AG Capital Recovery Partners III, L.P. c/o Angelo Gordon & Co., Attn: Thomas M. Fuller, 245 Park Avenue, New York, NY 10167, Phone: (212) 692-2285, Fax: (212) 867-6395; and

8. Comanche Park, LLC, Attn: Michael T. Schmechel, 100 North 27th Street, Suite 320, Billings, MT 59101, Phone: (406) 259-7782, Fax: (406) 259-7788.

9. Magten Asset Management Corp., Attn: Talton Embry, 410 Park Avenue, New York, NY 10022, Phone: (212) 813-0900, Fax: (212) 813-9058;

ROBERTA A. DeANGELIS
ACTING UNITED STATES TRUSTEE

/s/ Mark S. Kenney, for
FRANK J. PERCH, III
ASSISTANT UNITED STATES TRUSTEE

DATED: November 25, 2003

Attorneys assigned to this Case: Mark S. Kenney, Esq. & David M. Klauder, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497

Debtors' Counsel: Scott Cousins, Esq., Phone: (3020 661-7373, Fax: (302) 661-7360

***Amended to reflect prior resignation of Rocky Mountain Contractors, Inc. and appointment of Magten Asset Management Corp., effective November 25, 2003.**