IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                    :   Chapter 11
                                          :
NORTHWESTERN CORPORATION,                 :   Case No. 03-12872 (CGC)
                                          :
                          Debtor.         :
                                          :
---------------------------------------------------------------x

**AFFIDAVIT OF PUBLICATION OF CHERYL ROTHLEIN IN THE USA TODAY**



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400



GANNETT

# VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF ARLINGTON**

Being duly sworn Cheryl Rothlein says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on <u>Monday, November 17, 2003</u> the following advertisement- <u>In The United States Bankruptcy Court For The District Of Delaware In re: Northwestern Corporation, # NB130430</u> was published in **USA TODAY**.

*Cheryl Rothlein*
Principal Clerk of USA TODAY
November 18, 2003

Subscribed and sworn to before me
This 18th day of November month
2003 year.

*[signature]*
Notary Public

My Commission Expires 9-20-05

```
                    Entered On 11/13/03 at 14:58:52
                    Today Is 11/17/03 at 10:55:19
                           Utility    Print
                       Miller Advertising Agency, Inc.
                  71 Fifth Avenue New York, New York 10003
                  Telephone: 1-212-929-2200  Billing: 1-212-929-2200
                             INSERT ORDER NUMBER
                                NB130430

          P R O O F          O F        I N S E R T I O N


YOUR AD APPEARED IN: USA TODAY


DATES OF INSERTION: 11/17
Weekdays =  1
```

---

[Legal notice advertisement image]







Full page of classified advertisements including categories: Undergrad/Grad Degrees, Accredited Degrees, Prescriptions, Tickets, Miscellaneous, Air Awards Buy/Sell, Real Estate, Mortgage, Land, Timeshare. Includes a Legal Notice for NorthWestern Corporation bankruptcy (Case No. 03-12872 CGC) in U.S. Bankruptcy Court for the District of Delaware.

### Crossword (Edited by Timothy Parker)

**Clues:**
- 53 First sign
- 54 Word with crop or register
- 55 "Coffee, Tea ___?"
- 56 It starts and ends with a line
- 58 Clothing
- 61 Just scratch the surface?

**Friday's Puzzle Answer:** SHOE MERCI FYIS / HURT ADORN REST / AMAH LASER EARP / MANYTIMESOVER / ANGLE TAI LEE / NEE SERA DAKOTA / STROLL ANTS / HAPPYGOLUCKYGUY / AGUA MAGPIE / RUBSON HEAD BAA / DEC TAP DEARS / RETURNSPOLICY / EXAM GEENA ETAL / KIWI HEMIN MENU / GILT TNOTE IDEM