**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------------x
In re:                                          :     Chapter 11
                                                :
NORTHWESTERN CORPORATION,                        :     Case No. 03-12872 (CGC)
                                                :
                          Debtor.               :
                                                :
-------------------------------------------------------------------x

**AFFIDAVIT OF PUBLICATION OF DEBRA BARNING IN THE NEW YORK TIMES**

```
              Today Is 11/17/03 at 10:58:57
                C H A N G E
          Miller Advertising Agency, Inc.
         71 Fifth Avenue New York, New York 10003
          Telephone: 1-212-929-2200  Billing: 1-212-929-2200
MAA INSERT NUMBER  NYT BATCH NUMBER     NYT AD NUMBER      NYT SEQ NUM
NB130410

P R O O F     O F     I N S E R T I O N


YOUR AD APPEARED IN: NEW YORK TIMES


DATES OF INSERTION: 11/17
Weekdays = 1
```

# The New York Times

229 WEST 43RD STREET • NEW YORK, NY 10036-3959

SEC. C PG. 6

## CERTIFICATION OF PUBLICATION

Nov. 20 2003

DEBRA BARNING

I, _____ , in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

_____ November 17, 20 03

_Debra Barg_

Approved: _Michael B. Nulty_

THIS CERTIFICATION
NOT VALID
WITHOUT NYT RAISED SEAL



...ss network, which offers end-to-end protection.

...ity Operations Center, delivering best-in-class defense

...cious intrusions.*

...nalysis of over a million firewall log messages per day.



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
In re:                          Chapter 11
NORTHWESTERN CORPORATION,       Case No. 03-12872 (CGC)
            Debtor.

NOTICE OF DEADLINES FOR THE FILING OF PROOFS OF CLAIM

The United States Bankruptcy Court for the District of Delaware (the "Court") has entered an order (the "Bar Date Order") establishing January 15, 2004 at 5:00 p.m. (Pacific Time) (the "General Bar Date") as the last date for any person or entity other than a governmental unit (including individuals, partnerships, limited liability companies, corporations, joint ventures, and trusts, among others) to file a proof of claim against NorthWestern Corporation (the "Debtor").

The Bar Date Order also establishes April 15, 2004 at 5:00 p.m. (Pacific Time) the "Governmental Unit Bar Date"), as the last date for any governmental unit, as that term is defined in § 101(27) of the Bankruptcy Code, to file a proof of claim against the Debtor.

The General Bar Date and Governmental Unit Bar Date and the procedures set forth in the Bar Date Order for the filing of proofs of claim apply to all claims – except those claims specifically excluded from the filing requirements by the Bar Date Order – against the Debtor that arose on or before September 14, 2003 (the "Filing Date"), the date on which the Debtor commenced its case under Chapter 11 of the United States Bankruptcy Code.

If you have a claim that arose on or before the Filing Date that is not one of the types of claim described as excluded in the Bar Date Order, you MUST file a proof of claim in order to (1) share in distributions from the Debtor's bankruptcy estate, or (2) vote on a Chapter 11 plan filed by the Debtor. Proofs of claim with respect to a claim based on acts or omissions of the Debtor that occurred on or before the Filing Date must not be based on prior or, to whichever bar date that applies to you and your claim (i.e. the General Bar Date or the Governmental Unit Bar Date; see above), even if such claims are not now fixed or certain or did not mature or become fixed or certain before the Filing Date.

For a copy of the Bar Date Order and a sample Proof of Claim Form, you may contact the Debtor's Court-approved claims agent (the "Claims Agent") at Kurtzman Carson Consultants LLC, 5301 Beethoven Street, Suite 102, Los Angeles, CA 90066-7068, or visit www.kccllc.net/northwestern.

Except as provided for in the Bar Date Order, all proofs of claim must be filed so as to be received by the Claims Agent on or before the General Bar Date for persons and non-"governmental unit" entities) or the Governmental Unit Bar Date (for governmental units) at the following addresses:

IF SENT BY MAIL                    IF DELIVERED BY HAND, COURIER
(INCLUDING U.S. EXPRESS MAIL)      OR FEDERAL EXPRESS
NorthWestern Claims Processing     NorthWestern Claims Processing
c/o Kurtzman Carson Consultants LLC  c/o Kurtzman Carson Consultants LLC
5301 Beethoven Street, Suite 102   5301 Beethoven Street, Suite 102
Los Angeles, CA 90066-7068         Los Angeles, CA 90066-7068

Proofs of claim will be deemed filed only when received by the Claims Agent. Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission.

ANY HOLDER OF A CLAIM WHOSE CLAIM IS NOT EXPRESSLY EXCEPTED BY THE BAR DATE ORDER FROM THE FILING REQUIREMENTS DESCRIBED ABOVE AND WHO FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM WILL BE FOREVER BARRED FROM (1) ASSERTING SUCH CLAIM AGAINST THE DEBTOR AND ITS CHAPTER 11 ESTATE, (2) VOTING ON ANY PLAN OF REORGANIZATION FILED IN THIS CASE, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTOR'S CASE ON ACCOUNT OF SUCH CLAIM.

You may be listed as the holder of a claim against the Debtor in the Debtor's Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases (collectively, the "Schedules"). If you are, you do not need to file a proof of claim, unless you disagree with the amount and/or description of your claim as it is represented in the Schedules. Copies of the Debtor's Schedules are available for inspection on the public Internet website established for this case at http://www.kccllc.net/northwestern. You may also obtain this information from the Court's Public Access to Electronic Court Records ("PACER"), a login and password are required and can be obtained through the PACER Service Center at http://www.pacer.psc.uscourts.gov. Copies of the Debtor's Schedules may also be obtained by written request to the Claims Agent, Kurtzman Carson Consultants LLP, 5301 Beethoven Street, Suite 102, Los Angeles, CA 90066-7068. Copies of the Schedules may be examined between the hours of 9:00 A.M. and 4:30 P.M., Monday through Friday, at the Office of the Bankruptcy Court, 824 Market Street, 3d Floor, Wilmington, DE 19801.

A holder of a possible claim against the Debtor should consult an attorney regarding any matters not covered by this notice, such as whether the holder should file a proof of claim.

Dated:  November 11, 2003          By Order of the Court, dated October 10, 2003
        Wilmington, Delaware

PAUL, HASTINGS, JANOFSKY      and    GREENBERG TRAURIG, LLP
  & WALKER LLP                         /s/ Scott D. Cousins
600 Peachtree Street                 Scott D. Cousins (No. 3079)
Suite 2400                           Victoria Watson Counihan (No. 3488)
Atlanta, GA 30308                    William E. Chipman, Jr. (No. 3818)
Jesse H. Austin, III                 The Brandywine Building, 1000 West Street,
Karol K. Denniston                   Suite 1540, Wilmington, DE 19801
Telephone: (404) 815-2400           Telephone: (302) 661-7000
                                    Counsel and Co-Counsel for the Debtor and Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
In re:                          Jointly Administered
PILLOWTEX CORPORATION, et al.,  Case No. 03-12339 (PJW)
            Debtors.            Chapter 11

NOTICE OF DEADLINE OF DECEMBER 29, 2003, AT 5:00 P.M. (EASTERN TIME) TO FILE PROOFS OF CLAIM AGAINST PILLOWTEX CORPORATION, et al.
TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST PILLOWTEX CORPORATION, ET AL.:

Bar Date. Pursuant to an order of the United States Bankruptcy Court for the District of Delaware entered on November 16, 2003 (the "Bar Date Order"), and in accordance with Fed. R. Bankr. P. 3003(c), all persons and entities, including individuals, partnerships, estates and trusts (except those persons and entities that are excused pursuant to the terms of the Bar Date Order) who have a claim or potential claim against any of the Debtors that arose on or before July 30, 2003 (the "Petition Date"), no matter how remote or contingent such claim may be, MUST FILE A PROOF OF CLAIM on or before 5:00 p.m. (Eastern Time) on December 29, 2003 (the "Bar Date").

ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING SUCH CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIM) AGAINST THE DEBTORS OR ANY OF THE DEBTORS, AND THE DEBTORS AND THEIR PROPERTY WILL BE FOREVER DISCHARGED FROM ANY AND ALL INDEBTEDNESS OR LIABILITY WITH RESPECT TO SUCH CLAIM, AND SUCH PERSON OR ENTITY SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF LIQUIDATION OR TO PARTICIPATE IN ANY DISTRIBUTION IN THESE CASES ON ACCOUNT OF SUCH CLAIM, OR BE ENTITLED TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIM.

Procedures for Filing Proofs of Claims. Except as provided herein, proofs of claim must be filed so as to be received on or before 5:00 p.m. (Eastern Time) on December 29, 2003, at the address listed below:

Logan & Company, Inc.
Pillowtex Claims Processing Department
546 Valley Road, Upper Montclair, New Jersey 07043

Proofs of claim may be delivered to this address via U.S. mail, hand delivery, courier or overnight service.

Proofs of claim may not be sent by facsimile, telecopy or other electronic means. You can obtain a proof of claim form by sending a written request to Logan & Company, Inc., Pillowtex Claims Processing Department, 546 Valley Road, Upper Montclair, New Jersey 07043; by faxing such a request to (973) 509-3191 (attn: "Pillowtex Claims Processing Department"); or by downloading a form from the website addl www.loganandco.com under the heading "Client Case Information: Pillowtex."

You may be listed as the holder of a claim against the Debtors in the Debtors' Schedules of Assets and Liabilities (the "Schedules"). Copies of the Schedules and the Bar Date Order may be downloaded from the Court's at www.deb.uscourts.gov. A login and password to the Court's Public Ac/ Electronic Court Records ("PACER") are required to access this information and obtained through the PACER service center at http://www.pacer.psc.uscourts. addition, copies of the Schedules and the Bar Date Order may be examined by the ested parties between the hours of 8:00 a.m. and 3:00 p.m. (Eastern Time) ... of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 1...