IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                            : Chapter 11
                                                  :
NORTHWESTERN CORPORATION,                         : Case No. 03-12872 (CGC)
                                                  :
                          Debtor.                 :
                                                  :
---------------------------------------------------------------------x

**AFFIDAVIT OF PUBLICATION OF AMY WHITE IN THE MISSOULIAN**

# PROOF OF PUBLICATION

Amy White, being first duly sworn deposes and says, that the above named is a representative of THE MISSOULIAN, the publishers of The Missoulian, a daily newspaper of general circulation, printed and published in the City of Missoula, County of Missoula, State of Montana, and that the subjoined #197288/Bankruptcy: Northwestern Corporation



copy of which as printed is hereto attached, was printed and published in the regular and entire issue of said paper **MISSOULIAN**

For __1__ successive weeks,

commencing on the 11/17, day of 2003

and printed and published on the

Following dates thereafter, to wit

_____

_Amy White_

STATE OF MONTANA )
                 :
County of Missoula )

On this 17th day of November, 2003 before me, a notary public in and for said state, personally appeared Amy White, known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same.

TRACY ACHESON

_____
Notary Public for the State of Montana
Residing at Missoula, Montana
My commission expires: 1-7-2004

```
                    Today Is 11/12/03 at 16:51:52
                       Miller Advertising Agency, Inc.
                    71 Fifth Avenue New York, New York 10003
              Telephone: 1-212-929-2200  Billing: 1-212-929-2200
                            INSERT ORDER NUMBER
                                NB120406
```

# P R O O F   O F   I N S E R T I O N

YOUR AD APPEARED IN: MISSOULA MISSOULIAN

DATES OF INSERTION: 11/17
Weekdays = 1

================================================================================
================================================================================