IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                              :   Chapter 11
                                                    :
NORTHWESTERN CORPORATION,                           :   Case No. 03-12872 (CGC)
                                                    :
                          Debtor.                   :
                                                    :
---------------------------------------------------------------------x

**AFFIDAVIT OF PUBLICATION OF TERRI VANLIESHOUT IN THE GREAT FALLS TRIBUNE**

# AFFIDAVIT OF PUBLICATION
## THE GREAT FALLS TRIBUNE
### 205 RIVER DR S
### GREAT FALLS, MT 59405
### Phone: (406) 791-1444
### Toll Free (800) 438-6600

Terri VanLieshout, being first duly sworn deposes and says that GREAT FALLS TRIBUNE COMPANY is a corporation duly incorporated under the laws of the State of Delaware, that the said GREAT FALLS TRIBUNE COMPANY is the printer and publisher of the GREAT FALLS TRIBUNE, a daily newspaper of general circulation of the County of Cascade, State of Montana, and that the deponent is the principal clerk of said GREAT FALLS TRIBINE COMPANY, printer of the GREAT FALLS TRIBUNE, and that the advertisement here to annexed…

### NORTHWESTERN BANKRUPCY

Has been correctly published ONE time in the regular and entire issue of said paper on the following dates:

### NOVEMBER 17TH    2003

_Terri E VanLieshout_

STATE OF MONTANA
County of Cascade

On this 18TH day of NOVEMBER 2003, before me the undersigned, a Notary Public of the State of Montana, personally appeared Terri VanLieshout, known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same.

In witness whereof, I have hereunto set my hand and affixed my Notarial Seal the day and year first above written.

_Becky Keith_
Print Name

_Becky Keith_
Signature
NOTARY PUBLIC for the State of Montana
Residing in Cascade County
My commission expires: 5/26/06



```
                    Today Is 11/12/03 at 16:23:40
                       Miller Advertising Agency, Inc.
                   71 Fifth Avenue New York, New York 10003
               Telephone: 1-212-929-2200  Billing: 1-212-929-2200
                            INSERT ORDER NUMBER
                                NB120372
```

# P R O O F   O F   I N S E R T I O N

YOUR AD APPEARED IN: GREAT FALLS MONT TRIBUNE

DATES OF INSERTION: 11/17
Weekdays = 1

========================================================================
========================================================================