IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
In re:                                      :    Chapter 11
                                            :
NORTHWESTERN CORPORATION,                   :    Case No. 03-12872 (CGC)
                                            :
                         Debtor.            :
                                            :
------------------------------------------------------------------x

**<u>AFFIDAVIT OF PUBLICATION OF TAMMY HAAR IN THE BILLINGS GAZETTE</u>**

***** AFFIDAVIT OF PUBLICATION *****

## The BILLINGS GAZETTE

401 N. 28th
Billings, MT 59101
Phone: (406) 657-1212   Fax: (406) 657-1345

Tracer # 90852

**Tammy Haar**, being first duly sworn, deposes and says: That she is the principal clerk of The Billings Gazette, a newspaper of general circulation published daily in the City of Billings, in the County of Yellowstone, State of Montana, and has charge of the Advertisements thereof.

That the: 132 line legal regarding:

a true copy of which is hereto annexed, was published in said newspaper on the following dates: via:

11/17/03

Making all \ publication(s)

Mark below if certificatation for the State of Montana.
____ I hereby certify that I have read sec. 18-7-204 and 18-7-205, MCA, and subsequent revisions, and declare that the price or rate charged the State of Montana for the publication for which claim is made in the attached papers in the amount of $ 0.00 is not in excess of the minimum rate charged any other advertiser for publication of advertisement, set in the same size type and published for the same number of insertions. I further certify that this claim is correct and just in all respects, and that payment or credit has not been received.

STATE OF MONTANA
County of Yellowstone

On this day of Nov 17, 2003, before me, the undersigned, a Notary Public for the State of Montana, personally appeared **Tammy Haar**, known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed same. IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year first above written.

NOTARY PUBLIC for the State of Montana
Residing at Billings, MT
My commission expires: _____

Karen M. Vaughan

Page 1

```
                    Today Is 11/12/03 at 16:53:22
                       Miller Advertising Agency, Inc.
                  71 Fifth Avenue New York, New York 10003
              Telephone: 1-212-929-2200  Billing: 1-212-929-2200
                           INSERT ORDER NUMBER
                              NB120410
```

# P R O O F   O F   I N S E R T I O N

YOUR AD APPEARED IN: BILLINGS MONT GAZETTE

DATES OF INSERTION: 11/17
Weekdays =  1