IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
NORTHWESTERN CORPORATION,                       :    Case No. 03-12872 (CGC)
                                                :
                        Debtor.                 :
                                                :
---------------------------------------------------------------------x

**<u>AFFIDAVIT OF PUBLICATION OF BETH BUCHANAN IN THE ARGUS LEADER</u>**

AFFIDAVIT OF PUBLICATION

# AFFIDAVIT OF PUBLICATION

**STATE OF SOUTH DAKOTA**

**COUNTY OF MINNEHAHA** } ss

Beth Buchanan being duly sworn, says: That The Argus Leader is, and during all the times hereinafter mentioned was, a daily legal newspaper as defined by SDCL 17-2-21, as amended published at Sioux Falls, Minnehaha County, South Dakota ; that affiant is and during all of said times, was an employee of the publisher of such newspaper and has personal knowledge of the facts stated in this affidavit; that the notice, order or advertisement, a printed copy of which is hereto attached, was published in said newspaper upon

| Monday | , the | 17 | Day of | November | 2003, |
|---|---|---|---|---|---|
| | , the | | day of | | 2003, |
| | , the | | day of | | 2003, |
| | , the | | day of | | 2003, |
| | , the | | day of | | 2003, |
| | , the | | day of | | 2003, |
| | , the | | day of | | 2003, |

and that  $567.00  was charged for publishing the same for display advertising.

*Beth Buchanan* (signature)

Subscribed and sworn to before me  November 17, 2003,

[NOTARY SEAL: JOAN STAHL, NOTARY PUBLIC, SOUTH DAKOTA]

*Joan Stahl* (signature)
Notary Public, South Dakota

My Commission expires ~~November 3, 2006~~
June 30, 2005

```
                    Today Is 11/12/03 at 17:03:41
                          C H A N G E
                    Miller Advertising Agency, Inc.
                 71 Fifth Avenue New York, New York 10003
            Telephone: 1-212-929-2200  Billing: 1-212-929-2200
                          INSERT ORDER NUMBER
                              NB120422

       P R O O F        O F        I N S E R T I O N


YOUR AD APPEARED IN: SIOUX FALLS ARGUS LEADER*


DATES OF INSERTION: 11/17
Weekdays = 1
```