IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTHWESTERN CORPORATION, | : | Case No. 03-12872 (CGC) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP'S
DESIGNATION OF ADDITIONAL DOCUMENTS FOR THE
<u>RECORD AND OBJECTION TO STATEMENT OF ISSUES ON APPEAL</u>**

Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), by its undersigned counsel and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby files this Designation of Additional Documents for the Record and Objection to Statement of Issues on Appeal in response to Magten Asset Management Corporation's Designation and Statement of Issues on Appeal, dated September 3, 2004.

**DESIGNATION OF ADDITIONAL
DOCUMENTS FOR THE RECORD**

| Date | Number | Docket Text |
|---|---|---|
| 9/17/03 | 40 | Application to Employ Paul, Hastings, Janofsky & Walker LLP as Counsel to the Debtor Filed by NorthWestern Corporation (Entered: 9/17/2003)[1] |
| 8/31/04 | 2020 | Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of |

---

[1] All documents designated are with the exhibits filed with the Court.

|  |  |  |
|---|---|---|
|  |  | the Bankruptcy Code Filed by NorthWestern Corporation (Entered: 8/31/04) |
| 8/31/04 | 2021 | Second Amended and Restated Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor Filed by NorthWestern Corporation (Entered: 8/31/04) |
| 8/31/04 | 2022 | Exhibits to Second Amended and Restated Disclosure Statement Filed by NorthWestern Corporation (Entered: 8/31/04) |

**Magten Asset Management Corporation and Law Debenture Trust Company of New York v. NorthWestern Corporation, Adversary Proceeding No.: 04-53324-CGC**

| | | |
|---|---|---|
| 5/14/04 | 5 | NorthWestern Corporation's Motion, and Supporting Brief, to Dismiss the Complaint of Magten Asset Management Corporation and Law Debenture Trust Company of New York for Failure to State a Claim Upon Which Relief Can Be Granted Filed by NorthWestern Corporation (Entered: 5/14/04) |
| 6/28/04 | 18 | NorthWestern Corporation's Memorandum in Further Support of its Motion to Dismiss the Complaint of Magten Asset Management Corporation and Law Debenture Trust Company of New York Filed by NorthWestern Corporation (Entered: 6/28/04) |

**NorthWestern Corporation v. Magten Asset Management Corporation and Talton R. Embry, Adversary Proceeding No.: 03-12872-CGC**

| | | |
|---|---|---|
| 8/20/04 | 1 | Complaint by NorthWestern Corporation against Magten Asset Management Corporation, Talton R. Embry (Entered: 8/20/04) |

**OBJECTION TO STATEMENT OF ISSUES ON APPEAL**

Paul Hastings hereby objects to Magten Asset Management Corporation's ("Magten's") Statement of Issues on Appeal on the grounds that they incorrectly characterize the issues decided by the Bankruptcy Court in connection with Magten's motion to disqualify Paul Hastings from acting as counsel to NorthWestern Corporation, the debtor-in-possession.  Paul Hastings refers to, and incorporates, the description of those issues in the Bankruptcy Court's July 23, 2004 Memorandum Decision denying Magten's motion, and the Bankruptcy Court's August 19, 2004 Order Denying Motion for Reconsideration of the Court's Order Denying Magten Asset Management Corporation's Motion to Disqualify Paul, Hastings, Janofsky & Walker LLP.

Dated:  September 15, 2004

                    Respectfully submitted,

                    /s/ David L. Finger
                    David L. Finger (DE Bar ID #2556)
                    Charles Slanina, (DE Bar ID #2011)
                    FINGER & SLANINA, LLC
                    One Commerce Center
                    1201 Orange Street, Suite 725
                    Wilmington, DE 19801-1155
                    (302) 884-6766

                    Dennis E. Glazer, Esq.
                    D. Scott Tucker, Esq.
                    Catherine Lifeso, Esq.
                    DAVIS POLK & WARDWELL
                    450 Lexington Avenue
                    New York, New York 10017
                    (212) 450-4000

                  Counsel to Paul, Hastings,
                      Janofsky & Walker LLP

**CERTIFICATE OF SERVICE**

      I, David L. Finger, herby certify that on this 15th day of September, 2004, I caused a copy of the foregoing document to be served via first class mail, postage prepaid, on the below-listed counsel of record, except to the extent that service was effectuated via CM/ECF:

Scott D. Cousins, Esq.
William Leigh Loftin, Esq.
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
Eric M. Sutty, Esq.
The Bayard Firm
P.O. Box 25130
Wilmington, DE 19899-5130

Bijan Amini, Esq.
Storch Amini & Munves PC
2 Grand Central Tower
New York, NY 10017

Alan W. Kornberg, Esq.
Margaret A. Phillips, Esq.
Ephraim I. Diamond, Esq.
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the America
New York, NY 10019

Kathleen M. Miller, Esq.
Smith Katzenstein & Furlow LLP
P.O. Box 410
Wilmington, DE 19899

      /s/ David L. Finger
      David L. Finger (DE Bar ID #2556)
      Finger & Slanina, LLC
      One Commerce Center
      1201 Orange Street, Suite 725
      Wilmington, DE 19801-1155
      (302) 884-6766