IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (JLP) |
| | ) | |
| Debtor. | ) | Re: Dkt. No. <u>2881</u> |

**ORDER**

Upon the request of counsel for the Plan Committee seeking removal from the court's docket of Exhibits "R" and "S" (the "Subject Exhibits") to the Declaration of Gary L. Kaplan [Docket No. 2881](the "Kaplan Declaration")[1] due to assertions by counsel for the Plan Committee that information contained in the Subject Exhibits is privileged; and counsel for Magten Asset Management Corporation having agreed to removal of the Subject Exhibits so as to avoid having to involve the Court in a dispute over this issue; and the Court having considered the relief requested; and it appearing that the Court has jurisdiction pursuant to 28 U.S.C. §1334 and that it is a core matter pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the relief requested is appropriate, it is, therefore, hereby

**ORDERED**, that the Subject Exhibits to the Kaplan Declaration shall be removed from the court's docket.

Dated: April 6, 2005

_____
The Honorable John L. Peterson
United States Bankruptcy Judge

---

[1] The Kaplan Declaration was filed in support of the Joint Reply of Magten Asset Management Corporation and Law Debenture Trust Company of New York as Indenture Trustee to the Objections of Northwestern Corporation, the Plan Committee and the Ad Hoc Committee to the Joint Motion for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement between Northwestern Corporation, Magten Asset Management Corporation, and Law Debenture Trust Company of New York [Docket No. 2880].