IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 03-12872 (CGC) |
| | ) | |
| MAGTEN ASSET MANAGEMENT CORPORATION & LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Adv. Pro. No. 04-53324 (PBL) |
| NORTHWESTERN CORPORATION, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF COMPLETION OF BRIEFING

On May 19, 2004, The Official Committee of Unsecured Creditors (the "Committee") of NorthWestern Corporation ("NorthWestern" or the "Debtor") filed the Motion of the Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding [Docket No. 7] (the "Motion").

On or about June 3, 2004, Plaintiff Magten Asset Management Corporation filed the Limited Objection of Magten Asset Management Corporation to the Motion of the Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding [Docket No. 9] in opposition to the Motion.

On June 4, 2004, Plaintiff Law Debenture Trust Company of New York filed the Joinder of Law Debenture Trust Company of New York of Magten Asset Management Corporation to the Motion of the Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding [Docket No. 10]

On June 10, 2004, the Committee filed the Reply to Limited Objection of Magten Asset Management Corporation to the Motion of the Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding [Docket No. 12].

Pursuant to District Court Local Rule 7.1.2, the briefing related to the Motion of the Committee to Intervene in Adversary Proceeding has been completed.

Dated: June 10, 2004

                              THE BAYARD FIRM

                              */s/ Eric M. Sutty*

                              Neil B. Glassman (No. 2087)
                              Charlene D. Davis (No. 2336)
                              Eric M. Sutty (No. 4007)
                              222 Delaware Avenue, Suite 900
                              P.O. Box 25130
                              Wilmington, DE 19899
                              Telephone No. (302) 655-5000

                                    -and-

                              PAUL, WEISS, RIFKIND, WHARTON &
                                GARRISON LLP
                              Alan W. Kornberg
                              Ephraim I. Diamond
                              Talia Gil
                              1285 Avenue of the Americas
                              New York, New York 10019
                              Telephone No.: (212) 373-3000
                              Facsimile No.: (212) 757-3990

                              Attorneys for the Official Committee of
                              Unsecured Creditors Committee