UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (CGC) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| MAGTEN ASSET MANAGEMENT CORPORATION & LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) ) ) | |
| | ) | Adv. No. 04-53324 (PBL) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER REASSIGNING CASE**

The above-captioned adversary proceeding is hereby reassigned to the Honorable Charles G. Case, II for all further proceedings and disposition.

_____
PAUL B. LINDSEY
UNITED STATES BANKRUPTCY JUDGE

When filing papers, please include the initials of the Judge assigned to the case.

Dated: July 16, 2004

cc: The Honorable Mary F. Walrath
    William E. Chipman, Jr., Esquire[1]

---

[1] Counsel is to distribute a copy of this Order on all interested parties and file a Certificate of Service with the Court.