## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (JLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. No. 04-55051 (JLP) |
| v. | ) | |
| MAGTEN ASSET MANAGEMENT | ) | |
| CORPORATION, and TALTON R. EMBRY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MAGTEN ASSET MANAGEMENT | ) | |
| CORPORATION & LAW DEBENTURE | ) | |
| TRUST COMPANY OF NEW YORK, | ) | |
| | ) | Adv. No. 04-53324 (JLP) |
| Plaintiffs, | ) | |
| v. | ) | |
| NORTHWESTERN CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER REASSIGNING CASE

The above-captioned adversary proceedings are hereby reassigned to the Honorable John L. Peterson for all further proceedings and disposition.

*[signature]*
MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

When filing papers, please include the initials of the Judge assigned to the case.

Dated: March 11, 2005

cc: William E. Chipman, Jr., Esquire[1]

---

[1] Counsel is to distribute a copy of this Order on all interested parties and file a Certificate of Service with the Court.