IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTHWESTERN CORPORATION, | Case Nos. 03-12872 (JLP) |
| | Ref. Doc. Nos. 2919, 2943 and 2969 |
| Debtor. | |
| MAGTEN ASSET MANAGEMENT CORPORATION AND LAW DEBENTURE TRUST COMPANY OF NEW YORK | |
| Appellants, | |
| v. | |
| NORTHWESTERN CORPORATION, | |
| Appellee. | |

**AD HOC COMMITTEE OF CLASS 7 DEBTHOLDERS' JOINDER IN
PLAN COMMITTEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE
INCLUDED IN THE RECORD ON APPEAL AND REFORMULATION
OF THE ISSUES TO BE PRESENTED ON APPEAL OF MAGTEN ASSET
MANAGEMENT CORPORATION AND LAW DEBENTURE TRUST
COMPANY OF NEW YORK, AS TRUSTEE.**

The ad hoc group of creditors (the "Ad Hoc Committee") holding approximately $467,258,000 face amount, or approximately 54%, of the undisputed Class 7 Claims against the above-captioned former debtor (the "Debtor"),[1] by and through its undersigned counsel, respectfully submits this joinder in the Plan Committee's Designation of Additional Items to Be Included in the

---

[1] Holdings information as of March 4, 2005. The members of the Ad Hoc Committee are Avenue Capital Partners, Drawbridge Special Opportunities Advisors LLC, Greenwich International Ltd., Harbert Distressed Investment Master Fund, Ltd.; SOF Investments, L.P., Nationwide Life Insurance Company, Nationwide Mutual Insurance Company, and P. Schoenfeld Asset Management LLC.

497.001-7583.doc

Record on Appeal and Reformulation of the Issues to be Presented on Appeal of Magten Asset Management Corporation and Law Debenture Trust Company of New York, as Trustee, which was filed with the Court on April 7, 2005 (D.I. 2969), and in support states as follows:

1. The Ad Hoc Committee joins in the Plan Committee's additional items to be included in the record on appeal.

2. The Ad Hoc Committee joins in the Plan Committee's reformulation of statement of issues to be presented.

3. The Ad Hoc Committee reserves all rights to amend or supplement this Joinder.

Dated: Wilmington, Delaware
       April 7, 2005

                              **LANDIS RATH & COBB LLP**

                              Adam G. Landis, Esquire (I.D. No. 3407)
                              Jamie L. Edmonson, Esquire (I.D. No. 4247)
                              919 Market Street, Suite 600
                              Wilmington, Delaware 19801
                              (302) 467-4400

                              -and-

                              Philip Bentley, Esquire
                              Matthew J. Williams, Esquire
                              **KRAMER LEVIN NAFTALIS & FRANKEL LLP**
                              919 Third Avenue
                              New York, New York 10022
                              (212) 715-9100

                              Attorneys for Ad Hoc Committee of Class 7 Debtholders