### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| NORTHWESTERN CORP. ) | Bankruptcy Case No. 03-12872 (JLP) |
| ) | |
| Debtor. ) | |
| Magten Asset Management Corp., *et al.* ) | |
| ) | |
| Appellants ) | |
| v. ) | Civil Action No. 05-0209-JJF |
| NorthWestern Corp., *et al.* ) | |
| ) | |
| Appellees ) | |

### STIPULATION AND ORDER ESTABLISHING BRIEFING SCHEDULE

WHEREAS on March 17, 2005, Magten Asset Management Corporation and Law Debenture Trust Company of New York (the "Appellants"), filed a notice of appeal under 28 U.S.C. § 158(a) in the United States Bankruptcy Court for the District of Delaware (the "Appeal");

WHEREAS on April 14, 2005, the Appeal was docketed in the District Court for the District of Delaware;

IT IS HEREBY STIPULATED, AGREED AND ORDERED by and between Appellants and NorthWestern Corporation (the "Appellee"), that:

1. Appellants shall have through and including July 27, 2005 to file and serve an opening brief and supporting memoranda, affidavit and appendix in support of the Appeal.

2. Appellee shall have through and including August 23, 2005 to file and serve an answering brief and supporting memoranda, affidavit and appendix.

3. Appellants shall have through and including September 7, 2005 to file and serve a reply brief and supporting memoranda, affidavit and appendix in response to any answering brief filed by Appellee.

120087.01600/40154331v1

| | |
|---|---|
| **BLANK ROME LLP** | **GREENBERG TRAURIG, LLP** |
| */s/ Mark J. Packel/* | */s/ Scott D. Cousins/* |
| Mark J. Packel (DE No. 4048) | Scott D. Cousins (DE No. 3079) |
| Elio Battista, Jr. (DE No. 3814) | William E. Chipman, Jr. (DE No. 3818) |
| 1201 Market Street, Suite 800 | 1000 West Street, Suite 1540 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 425-6400 | Telephone: (302) 661-7000 |
| -and- | -and- |
| **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP** | **PAUL, HASTINGS, JANOFSKY & WALKER LLP** |
| Bonnie Steingart | Jesse H. Austin, III, Esq. |
| Gary L. Kaplan | Karol K. Denniston, Esq. |
| One New York Plaza | 600 Peachtree Street, Suite 2400 |
| New York, NY 10004 | Atlanta, GA 30308 |
| Telephone: (212) 859-8000 | Telephone: (404) 815-2400 |
| -and- | Attorneys for Appellee |

**SMITH, KATZENSTEIN & FURLOW, LLP**

*/s/ Kathleen M. Miller*
Kathleen M. Miller (DE No. 2898)
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
Telephone:   (302) 652-8400

-and-

**NIXON PEABODY LLP**
Amanda D. Darwin, BBO No. 547654
John V. Snellings, BBO No. 548791
100 Summer Street
Boston, MA 02110
Telephone:   (617) 345-1000

Attorneys for Appellants

**SO ORDERED**, this _____ day of _____, 2005

_____
The Honorable Joseph J. Farnan
United States District Court Judge

120087.01600/40154331v1