## CERTIFICATE OF SERVICE

I, *Elio Battista, Jr.*, certify that I am not less than 18 years of age, and that on July 27, 2005, I caused service of the attached *Appendix of Exhibits in Support of Opening Brief of Appellants* to be made on the parties listed below in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Elio Battista, Jr

**BY HAND DELIVERY**

Scott D. Cousins, Esquire
William E. Chipman, Jr., Esquire
Greenberg Traurig LLP
1000 West Street, Suite 1540
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801

Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

Jesse H. Austin, III, Esquire
Karol K. Denniston, Esquire
Paul, Hastings, Janofsky & Walker LLP
600 Peachtreet Street, Suite 2400
Atlanta, GA 30308

Amanda Darwin, Esquire
John V. Snellings, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Alan W. Kornberg, Esquire
Margaret A. Phillips, Esquire
Paul, Weiss, Rifkind, Wharton &
   Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

120087.01600/40155468v1