IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 03-12872 (JLP) |
| MAGTEN ASSET MANAGEMENT CORPORATION, *et al.*<br><br>Appellants,<br><br>v.<br><br>NORTHWESTERN CORPORATION, *et al.*<br><br>Appellees. | Civil Action No. 05-0209-JJF |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                          ) SS
NEW CASTLE COUNTY  )

      Barbara J. Rost, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for Ad Hoc Committee of Class 7 Debtholders in the above referenced case, and on the 23rd day of August, 2005, she caused a copy of the following:

**JOINDER OF AD HOC COMMITTEE OF CLASS 7 DEBTHOLDERS TO PLAN COMMITTEE'S BRIEF IN RESPONSE TO OPENING BRIEF OF APPELLANTS**

525.001-9098.DOC

to be served upon the parties identified on the attached list via hand delivery for the City of Wilmington addresses and via First Class mail for all other addresses.

_____
Barbara J. Rost

SWORN TO AND SUBSCRIBED before me this 23rd day of August, 2005.

_____
Notary Public

CATHY A. ADAMS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 5, 2006

525.001-9098.DOC

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Jesse H. Austin, III, Esq.
Karol K. Denniston, Esq.
Paul Hastings Janofsky & Walker LLP
600 Peachtree Road, N.E.
Atlanta, GA 30308

Alan W. Kornberg, Esq.
Marc D. Skapof, Esq.
Ephraim I. Diamond, Esq.
Tailia Gil, Esq.
Paul Weiss Rifking Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
Eric M. Sutty, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Bonnie Steingart, Esq.
Gary L. Kaplan, Esq.
Meagan E. Costello, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Scott D. Cousins, Esq.
William E. Chipman, Jr., Esq.
Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
1000 West Street, Suite 1540
Wilmington, DE 19801

Amanda D. Darwin, Esq.
John V. Snellings, Esq.
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110-1832

Allan S. Brillant, Esq.
Paul D. Malek, Esq.
Steven J. Blauner, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Mark J. Packel, Esquire
Elio Battista, Jr. Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Kathleen M. Miller, Esquire
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899