# DAVIS POLK & WARDWELL

| | | |
|---|---|---|
| 1300 I STREET, N.W.<br>WASHINGTON, D.C. 20005 | 450 LEXINGTON AVENUE<br>NEW YORK, N.Y. 10017 | MESSETURM<br>60308 FRANKFURT AM MAIN |
| 1600 EL CAMINO REAL<br>MENLO PARK, CA 94025 | 212 450 4000<br>FAX 212 450 3800 | MARQUÉS DE LA ENSENADA, 2<br>28004 MADRID |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | WRITER'S DIRECT | 1-6-1 ROPPONGI<br>MINATO-KU, TOKYO 106-6033 |
| 15, AVENUE MATIGNON<br>75008 PARIS | 212 450 4965 | 3A CHATER ROAD<br>HONG KONG |

September 22, 2005

Re:   **Magten Asset Management Corp. *(In re: NorthWestern Corporation)***

The Honorable Joseph J. Farnan, Jr.
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

Dear Judge Farnan:

We are counsel to Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"). We write in response to the letter dated September 16, 2005 submitted to the Court by counsel for Magten Asset Management Corporation ("Magten"), requesting a scheduling conference to address matters currently pending before the Court.

We respectfully suggest that a scheduling conference in this case is premature at this time. Paul Hastings believes that the issues raised by Case No. 04-1389, in which NorthWestern has moved to dismiss Magten's pending appeal of the confirmation order on mootness grounds, would resolve most if not all of the matters currently before this Court. Until such time as the Court decides NorthWestern's motion to dismiss Magten's appeal, therefore, Paul Hastings does not believe that a scheduling conference is necessary.

Respectfully submitted,

D. Scott Tucker

The Honorable Joseph J. Farnan, Jr.    2                September 22, 2005

cc:     Clerk of Court (Via CMF)
        Bonnie Steingart, Esq. (via overnight delivery)
        Gary L. Kaplan, Esq. ((via overnight delivery)
        David A. Jenkins, Esq. (via overnight delivery)
        William E. Chipman, Jr., Esq. (via overnight delivery)
        Kathleen M. Miller, Esq. (via overnight delivery)
        Bijan Amini, Esq. (via overnight delivery)
        Neil B. Glassman, Esq. (via overnight delivery)
        Charlene D. Davis, Esq. (via overnight delivery)
        Adam G. Landis, Esq. (via overnight delivery)
        Robert J. Dehney, Esq. (via overnight delivery)
        Curtis S. Miller, Esq. (via overnight delivery)
        David L. Finger, Esq. (via overnight delivery)
        Jesse H. Austin, III, Esq. (via overnight delivery)
        Karol K. Denniston, Esq. (via overnight delivery)
        Amanda Darwin, Esq. (via overnight delivery)
        John V. Snellings, Esq. (via overnight delivery)
        Alan W. Kornberg, Esq. (via overnight delivery)
        Margaret A. Phillips, Esq. (via overnight delivery)
        Stanley T. Kaleczyc, Esq. (via overnight delivery)
        Denise Seastone Kraft, Esq. (via overnight delivery)
        Office of the United States Trustee (via overnight delivery)