IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : |
| | : Bankruptcy Case No. 03-12872 |
|     Debtor. | : |
| MAGTEN ASSET MANAGEMENT CORP. | : |
| | : |
|     Appellant, | : |
| | : |
|   v. | : Civil Action No. 04-1279-JJF |
| | : |
| PAUL HASTINGS JANOFSKY & WALKER LLP, | : |
| | : |
|     Appellee. | : |
| MAGTEN ASSET MANAGEMENT CORP. | : |
| | : |
|     Appellant, | : |
| | : |
|   v. | : Civil Action No. 04-1389-JJF |
| | : |
| NORTHWESTERN CORP., | : |
| | : |
|     Appellee. | : |
| MAGTEN ASSET MANAGEMENT CORP., et al., | : |
| | : |
|     Appellants, | : |
| | : |
|   v. | : Civil Action No. 05-209-JJF |
| | : |
| NORTHWESTERN CORP., et al., | : |
| | : |
|     Appellees | : |

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. | : |
| Appellant, | : |
| v. | : Civil Action No. 05-398-JJF |
| PAUL HASTINGS JANOFSKY & WALKER LLP, | : |
| Appellee. | : |
| MAGTEN ASSET MANAGEMENT CORP., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-499-JJF |
| MIKE J. HANSON and ERNIE J. KLINDT, | : |
| Defendants. | : |

## O R D E R

WHEREAS, several issues in the above captioned matters are substantially interrelated;

NOW THEREFORE, IT IS HEREBY ORDERED that a status conference in the above captioned matters shall be held on **Friday, October 21, 2005** at **9:30 a.m.** in Courtroom No. 4B on the 4th floor, Boggs Federal Building, Wilmington.

September 26, 2005
DATE

*Joseph J. Farnan, Jr.*
UNITED STATES DISTRICT JUDGE