IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : |
| | : Bankruptcy Case No. 03-12872 |
| Debtor. | : |
| MAGTEN ASSET MANAGEMENT CORP. Suing individually and derivatively on behalf of CLARK FORK AND BLACKFOOT, LLC, | : |
| Plaintiff, | : |
| | : Civil Action No. 04-1256-JJF |
| v. | : |
| PAUL HASTINGS JANOFSKY & WALKER LLP, | : |
| Defendant. | : |
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : |
| Plaintiffs, | : |
| | : Civil Action No. 04-1494-JJF |
| v. | : |
| NORTHWESTERN CORPORATION, | : |
| Defendant. | : |
| MAGTEN ASSET MANAGEMENT CORP. | : |
| Appellant, | : |
| v. | : Civil Action No. 04-1279-JJF |
| PAUL HASTINGS JANOFSKY & WALKER LLP, | : |
| Appellee. | : |

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP., | : |
| Appellant, | : |
| v. | : Civil Action No. 04-1389-JJF |
| NORTHWESTERN CORP., | : |
| Appellee. | : |
| MAGTEN ASSET MANAGEMENT CORP., et al., | : |
| Appellants, | : |
| v. | : Civil Action No. 05-209-JJF |
| NORTHWESTERN CORP., et al., | : |
| Appellees | : |
| MAGTEN ASSET MANAGEMENT CORP., | : |
| Appellant, | : |
| v. | : Civil Action No. 05-398-JJF |
| PAUL HASTINGS JANOFSKY & WALKER LLP, | : |
| Appellee. | : |
| MAGTEN ASSET MANAGEMENT CORP., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-499-JJF |
| MIKE J. HANSON and ERNIE J. KLINDT, | : |
| Defendants. | : |

## O R D E R

WHEREAS, the Court held a status conference in the above-captioned matters on Friday, October 21, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The above-captioned matters are referred to mediation.

2. No later than **Friday, October 28, 2005**, the parties shall notify the Court of the name of the person whom they have agreed to select as mediator.

3. If the parties fail to reach agreement on a mediator, they shall, no later than **Friday, October 28, 2005**, submit a list of names from which the Court will select a mediator.

4. No later than **Friday, December 2, 2005**, the parties shall notify the Court whether they have reached a settlement.

5. No later than **Friday, October 28, 2005**, the parties to Civil Actions 04-1494-JJF and 05-0209-JJF shall notify the Court whether they agree to the appointment of Louis C. Bechtle as a Special Master in those litigation actions.

October 24 2005
DATE

UNITED STATES DISTRICT JUDGE