IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NORTHWESTERN CORPORATION,<br><br>Reorganized Debtor. | Case No. 03-12872 (JLP) |
| MAGTEN ASSET MANAGEMENT CORPORATION, individually and derivatively on behalf of Clark Fork and Blackfoot, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PAUL, HASTINGS, JANOFSKY & WALKER, LLP,<br><br>Defendant. | Civil Action No. 04-01256-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | Civil Action No. 04-01494-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MIKE J. HANSON, JACK D. HAFFEY, ERNIE J. KINDT and ELLEN M. SENECHAL,<br><br>Defendants. | Civil Action No. 05-00499-JJF |

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>    Appellant,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>    Appellee. | Civil Action No. 04-01389-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>    Appellants,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>    Appellee. | Civil Action No. 05-00209-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>    Appellant,<br><br>v.<br><br>PAUL, HASTINGS, JANOFSKY & WALKER LLP,<br><br>    Appellee. | Civil Action No. 04-01279-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>    Appellant,<br><br>v.<br><br>PAUL, HASTINGS, JANOFSKY & WALKER LLP,<br><br>    Appellee. | Civil Action No. 05-00398-JJF |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2005, a true and correct copy of the *Letter from Joseph D. Pizzurro, Esq. on behalf of Northwestern Corporation to the Honorable Joseph J. Farnan, Jr.*, dated October 26, 2005, was served upon the parties on the attached list in the manner indicated thereon:

Miriam K. Harwood

## SERVICE LIST

Gary L. Kaplan
Fried, Frank, Harris, Shriver &
  Jacobson LLP
By Email:
kapla@ffhsj.com

Bijan Amini
Storch, Amini & Munves PC
By Email:
bamini@samlegal.com

Neil B. Glassman
Charlene D. Davis
The Bayard Firm
By E-Mail:
nglassman@bayardfirm.com
cdavis@bayardfirm.com

Robert J. Dehney
Curtis S. Miller
Morris, Nichols, Arsht & Tunnell
By E-Mail:
rdehney@mnat.com
cmiller@mnat.com

Karol K. Denniston
Jesse H. Austin, III, Esq.
Paul, Hastings, Janofsky &
  Walker LLP
By E-Mail:
karoldenniston@paulhastings.com
jessaustin@paulhastings.com

Alan W. Kornberg
Margaret A. Phillips
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
By E-Mail:
akornberg@paulweiss.com
mphillips@paulweiss.com

David A. Jenkins
Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
By Email:
daj@skfdelaware.com
kmiller@skfdelaware.com

William E. Chipman, Jr., Esq.
Greenberg Traurig LLP
By E-Mail:
chipman@gtlaw.com

Adam G. Landis
Landis Rath & Cobb LLP
By E-Mail:
landis@lrclaw.com

David L. Finger
Finger & Slanina LLC
By E-Mail:
dfinger@delawgroup.com

Amanda Darwin
John V. Snellings
Nixon Peabody LLP
By E-Mail:
adarwin@nixonpeabody.com
jsnellings@nixonpeabody.com

Stanley T. Kaleczyc
Browning, Kaleczyc, Berry &
  Hoven, P.C.
By E-Mail:
stan@bkbh.com

| | |
|---|---|
| Denise Seastone Kraft<br>Edwards & Angell<br>By E-Mail:<br>dkraft@edwardsangell.com | Office of the United States Trustee<br>Delaware Bankruptcy Court for<br>  the District of Delaware<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>By Federal Express |