# DAVIS POLK & WARDWELL

1300 I STREET, N.W.
WASHINGTON, D.C. 20005

1600 EL CAMINO REAL
MENLO PARK, CA 94025

99 GRESHAM STREET
LONDON EC2V 7NG

15, AVENUE MATIGNON
75008 PARIS

450 LEXINGTON AVENUE
NEW YORK, N.Y. 10017
212 450 4000
FAX 212 450 3800

WRITER'S DIRECT

212 450 4965

MESSETURM
60308 FRANKFURT AM MAIN

MARQUÉS DE LA ENSENADA, 2
28004 MADRID

1-6-1 ROPPONGI
MINATO-KU, TOKYO 106-6033

3A CHATER ROAD
HONG KONG

October 28, 2005

Re:   In re Northwestern Corporation

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

Dear Judge Farnan:

      We are counsel to Paul, Hastings, Janofsky & Walker LLP. We have no objection to the appointment of Louis C. Bechtle as Special Discovery Master for the same reasons set forth in the October 26, 2005 letter to this Court from Mr. Joseph D. Pizzurro, counsel for Northwestern Corporation.

                                            Respectfully submitted,

                                            D. Scott Tucker

The Honorable Joseph J. Farnan, Jr.    2                    October 28, 2005

cc:    Clerk of Court
       Bonnie Steingart, Esq.
       Gary L. Kaplan, Esq.
       David A. Jenkins, Esq.
       William E. Chipman, Jr., Esq.
       Kathleen M. Miller, Esq.
       Bijan Amini, Esq.
       Neil B. Glassman, Esq.
       Charlene D. Davis, Esq.
       Adam G. Landis, Esq.
       Robert J. Dehney, Esq.
       Curtis S. Miller, Esq.
       David L. Finger, Esq.
       Jesse H. Austin, III, Esq.
       Karol K. Denniston, Esq.
       Amanda Darwin, Esq.
       John V. Snellings, Esq.
       Alan W. Kornberg, Esq.
       Margaret A. Phillips, Esq.
       Stanley T. Kaleczyc, Esq.
       Denise Seastone Kraft, Esq.
       Office of the United States Trustee