
**BLANK ROME** LLP
COUNSELORS AT LAW

*Phone:*   *(302) 425-6467*
*Fax:*     *(302) 425-6464*
*Email:*   *dube@blankrome.com*

October 31, 2005

**VIA CMF AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    **Magten Asset Management Corp. (*In re: NorthWestern Corporation*)**

Your Honor:

    This will confirm the message left with Chambers on Friday, October 28, 2005, that Magten and Northwestern are jointly requesting that the Court extend by one week – until November 4, 2005 – the date by which the parties may select a settlement mediator.

    Counsel is available by telephone, should Your Honor have any questions.

                             Respectfully submitted,

                             _____/s/ Dale R. Dubé_____
                             Dale R. Dubé (I.D. #2863)

                             - and -

                             _____/s/ William E. Chipman, Jr._____
                             William E. Chipman, Jr. (I.D. #3818)
                             GREENBERG TRAURIG LLP
                             The Brandywine Building
                             1000 West Street, Suite 1540
                             Wilmington, DE 19801

    SO ORDERED, this ___ day of _____, 2005.

                             _____
                             Joseph J. Farnan, Jr., USDJ



The Honorable Joseph J. Farnan, Jr.
October 31, 2005
Page 2

DRD:pb
cc:  Clerk of Court (via CMF)
     Bonnie Steingart, Esquire
     Gary L. Kaplan, Esquire
     David A. Jenkins, Esquire  (via hand delivery)
     Kathleen M. Miller, Esquire  (via hand delivery)
     Bijan Amini, Esquire  (via Federal Express)
     William E. Chipman, Jr., Esquire  (via hand delivery)
     Jessie H. Austin, III, Esquire  (via Federal Express)
     Karol K. Denniston, Esquire  (via Federal Express)
     Neil B. Glassman, Esquire  (via hand delivery)
     Charlene D. Davis, Esquire  (via hand delivery)
     Adam G. Landis, Esquire  (via hand delivery)
     Robert J. Dehney, Esquire  (via hand delivery)
     Curtis S. Miller, Esquire  (via hand delivery)
     David L. Finger, Esquire  (via hand delivery)
     Amanda Darwin, Esquire  (via Federal Express)
     John V. Snellings, Esquire  (via Federal Express)
     Alan W. Kornberg, Esquire  (via Federal Express)
     Margaret A. Phillips, Esquire  (via Federal Express)
     Stanley T. Kaleczyc, Esquire  (via Federal Express)
     Denise Seastone Kraft, Esquire  (via hand delivery)
     Office of the United States Trustee  (via hand delivery)