# AFFIDAVIT OF SERVICE

I hereby certify that on November 4, 2005, a true and correct copy of the *Letter from Joseph D. Pizzurro, Esq. on behalf of Northwestern Corporation to the Honorable Joseph J. Farnan, Jr., dated November 4, 2005,* was served upon the parties on the attached list in the manner indicated thereon:

Sworn to before me this
4th day of November 2005

/s/ James V. Drew
   Notary Public

**JAMES V. DREW**
**Notary Public, State of New York**
**No. 02DR6079092**
**Qualified in Kings County**
**Commission Expires August 12, 2006**

                                     /s/ Virginia Guzman
                                       **Virginia Guzman**

**SERVICE LIST**

Gary L. Kaplan
Bonnie Steingart
Fried, Frank, Harris, Shriver &
 Jacobson LLP
By Email:
kaplaga@friedfrank.com
steinbo@friedfrank.com

Bijan Amini
Storch, Amini & Munves PC
By Email:
bamini@samlegal.com

Neil B. Glassman
Charlene D. Davis
The Bayard Firm
By E-Mail:
nglassman@bayardfirm.com
cdavis@bayardfirm.com

Robert J. Dehney
Curtis S. Miller
Morris, Nichols, Arsht & Tunnell
By E-Mail:
rdehney@mnat.com
cmiller@mnat.com

Karol K. Denniston
Jesse H. Austin, III, Esq.
Paul, Hastings, Janofsky &
 Walker LLP
By E-Mail:
karoldenniston@paulhastings.com
jessaustin@paulhastings.com

Alan W. Kornberg
Margaret A. Phillips
Paul, Weiss, Rifkind, Wharton
 & Garrison LLP
By E-Mail:
akornberg@paulweiss.com
mphillips@paulweiss.com

David A. Jenkins
Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
By Email:
daj@skfdelaware.com
kmiller@skfdelaware.com

William E. Chipman, Jr., Esq.
Greenberg Traurig LLP
By E-Mail:
chipman@gtlaw.com

Adam G. Landis
Landis Rath & Cobb LLP
By E-Mail:
landis@lrclaw.com

David L. Finger
Finger & Slanina LLC
By E-Mail:
dfinger@delawgroup.com

Amanda Darwin
John V. Snellings
Nixon Peabody LLP
By E-Mail:
adarwin@nixonpeabody.com
jsnellings@nixonpeabody.com

Stanley T. Kaleczyc
Browning, Kaleczyc, Berry &
 Hoven, P.C.
By E-Mail:
stan@bkbh.com

| | |
|---|---|
| Denise Seastone Kraft<br>Edwards & Angell<br>By E-Mail:<br>dkraft@edwardsangell.com | Office of the United States Trustee<br>Delaware Bankruptcy Court for<br>  the District of Delaware<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE  19801<br>By Federal Express |