IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : |
| | : Case No. 03-12872 (JLP) |
| Debtor | : |
| | : |
| MAGTEN ASSET MANAGEMENT CORPORATION AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : |
| Appellants, | : |
| v. | : Civil Action No. 05-209-JJF |
| NORTHWESTERN CORPORATION, | : |
| Appellee. | : |

**FINAL ORDER**

At Wilmington, this <u>29</u> day of September 2006, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the March 10, 2005 Order issued by the United States Bankruptcy Court for the District of Delaware, denying Appellant's Motion filed pursuant to Federal Rule of Bankruptcy Procedure 9019 seeking approval of a global compromise and settlement in the Debtors' chapter 11 case is **AFFIRMED**.

*[signature]*
UNITED STATES DISTRICT JUDGE